*Joseph Strang* v. *Eliza Devin et al.* A. TABER, for complainant; J. P. SIMPSON, for defendants.

Decree appealed from affirmed, with costs.

*Royal Vilas et al.* v. *Timothy Jones et al.* S. H. HAMMOND, for complainants; R. H. GILLETT, for defendants.

Injunction dissolved; with costs to be paid by complainants.

*Augustus Amy* v. *Omer Grilliet et al.* S. STEVENS, for complainant; J. RHOADES, for defendants.

Order of the vice chancellor affirmed, with costs.

*Peter C. Newell et al.* v. *Henry E. Hall et al.* L. STETSON, in person; G. A. SIMMONS, for complainant; G. STOW, for defendants.

Master to be allowed three dollars per day for extra services at his own office, and at the rate of four dollars per day for the time he was employed at Jay; together with his taxable costs, and eight dollars for the expense of this motion.

*Josiah I. Sherman et al.* v. *Jabez Felt et al.* C. H. BRAMHALL and N. HILL, jun., for complainants; J. EDWARDS, for defendants.

Injunction dissolved.

*William Steel et al., ex'rs &c. appellants,* v. *Sarah Finch, respondent.* R. H. GAINES, for appellants; R. MOTT, for respondent.

Motion to vacate order dismissing appeal denied, with $15 costs, to be paid by appellants out of the estate in their hands as executors.

*John G. Coster* v. *James B. Clarke et al.* JOHN SLOSSON, for appellant; J. PRESCOTT HALL, for respondents.

Order appealed from affirmed, with costs; but without prejudice to the rights of the petitioners, in any future litigation in a suit to which they shall be parties, if they have any such rights.